UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SIONYX, LLC and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 15-13488-FDS |
| v. | ) ) | |
| HAMAMATSU PHOTONICS K.K., HAMAMATSU CORPORATION, OCEAN OPTICS, INC., and DOES 1-10, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER ON MOTIONS TO IMPOUND AND FUTURE MOTIONS TO IMPOUND BY BOTH PARTIES

**SAYLOR, J.**

The parties in this case have filed motions to seal or impound the entire contents of nearly every pleading filed in this case for the last six months. The Court understands that the parties' counsel are in possession of information the other side has marked "highly confidential, outside attorneys' eyes only." But the Court is highly skeptical that all of the information that has been so designated is truly confidential, and it has no way of making an informed decision as to that issue. And the proceedings of the United States Courts are, of course, presumptively public.

Accordingly, the Court will grant plaintiffs' present Motion to Impound Their Motion to Compel Compliance and for Sanctions and defendants' present Motion to Impound Exhibits to Their Motion to Partially Strike Plaintiffs' Fourth Amended Initial Contentions, with the following conditions. The parties are directed to file public versions of those documents within seven days of this order that are *narrowly* redacted to protect genuinely confidential information.

In the future, the Court will not grant motions to seal or impound *unless* a narrowly redacted public version of the pleading in question is filed at the same time.

**So Ordered.**

Dated: April 23, 2018

/s/ F. Dennis Saylor
F. Dennis Saylor, IV
United States District Court