UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIONYX, LLC, and <br> PRESIDENT AND FELLOWS OF <br> HARVARD COLLEGE, <br><br> Plaintiffs, <br><br> v. <br><br> HAMAMATSU PHOTONICS K.K., <br> HAMAMATSU CORP., OCEAN OPTICS, <br> INC., and DOES 1-10, <br><br> Defendants. | Civil Case No. <br> 15-13488-FDS |

**ORDER ON PLAINTIFFS' MOTION FOR SANCTIONS
PURSUANT TO 28 U.S.C. § 1927**

**SAYLOR, J.**

Plaintiffs have moved post-trial for attorneys' fees and costs under 28 U.S.C. § 1927. Section 1927 provides a remedy against an attorney who "multiplies the proceedings in any case unreasonably and vexatiously." An attorney's "[b]ehavior is 'vexatious' when it is harassing or annoying, regardless of whether it is intended to be so." *Cruz v. Savage*, 896 F.2d 626, 632 (1st Cir. 1990).

Plaintiffs essentially contend that defendants' defenses to the breach of contract claim were so "weak[]" that counsel's choice to present those arguments was "unsound" and thus vexatious.

Regardless of the strength of defendants' defenses, however, plaintiffs have not shown that they were unfairly harassed by defense counsel's arguments, nor have they shown that

defense counsel's behavior unnecessarily multiplied the proceedings.

Accordingly, and for the foregoing reasons, plaintiffs' motion for sanctions pursuant to 28 U.S.C. § 1927 is DENIED.

**So Ordered.**

Dated: July 25, 2019

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge