# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SIONYX, LLC and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. ) 15-13488-FDS ) |
| HAMAMATSU PHOTONICS K.K.; HAMAMATSU CORPORATION; OCEAN OPTICS, INC.; and DOES 1 THROUGH 10, | ) ) ) ) ) |
| Defendants. | ) ) |

## FINAL JUDGMENT AND ORDER

**SAYLOR, J.**

In accordance with the jury verdict rendered May 9, 2019, and the post-trial rulings of this Court on July 25, 2019, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered in favor of plaintiff SiOnyx, LLC against defendant Hamamatsu Photonics K.K. as to its claim for breach of contract in the amount of $796,469.00, plus pre-judgment interest in the amount of $1,091,481.00, for a total judgment of $1,887,950.00.

2. Judgment is entered in favor of plaintiff SiOnyx, LLC against defendant Hamamatsu Corporation as to its claim for unjust enrichment in the amount of $580,640.00, plus pre-judgment interest in the amount of $660,536.00, for a total judgment of $1,241,176.00.

3. Plaintiff SiOnyx, LLC is awarded post-judgment interest at the rate established by

28 U.S.C. § 1961, which is 2.40%.

4. Judgment is entered in favor of plaintiffs SiOnyx, LLC and the President and Fellows of Harvard College and against defendant Hamamatsu Photonics K.K. as to its claim that Hamamatsu Photonics K.K. willfully infringed United States Patent No. 8,080,467.

5. Judgment is entered in favor of plaintiff SiOnyx, LLC and against defendant Hamamatsu Photonics K.K on its claim for correction of ownership, and declaring that Dr. James Carey is a co-inventor of United States Patent No. 8,080,467 and should be named as such on the patent.

6. Judgment is entered awarding and transferring ownership of the following United States Patents to SiOnyx, LLC:  No. 9,614,109; No. 9,293,499; No. 9,190,551; No. 8,994,135; No. 8,916,945; No. 8,884,226; No. 8,742,528; No. 8,629,485; and No. 8,564,087.

7. Hamamatsu Photonics K.K. and Hamamatsu Corporation are ordered to provide SiOnyx, LLC and the President and Fellows of Harvard College, within 60 days of this final judgment and order, with an accounting of sales of any products between April 5, 2019, and July 25, 2019, practicing any of the following United States Patents:  No. 9,614,109; No. 9,293,499; No. 9,190,551; No. 8,994,135; No. 8,916,945; No. 8,884,226; No. 8,742,528; No. 8,629,485; and No. 8,564,087.

8. Except as may be otherwise authorized by agreement, Hamamatsu Photonics K.K. and Hamamatsu Corporation, and their officers, agents, servants, employees, attorneys, and all other persons acting in concert or participation with them, are hereby permanently enjoined from making, using, offering for sale, selling, or

importing products practicing the following United States Patents: No. 9,614,109; No. 9,293,499; No. 9,190,551; No. 8,994,135; No. 8,916,945; No. 8,884,226; No. 8,742,528; No. 8,629,485; and No. 8,564,087.

9. Except as may be otherwise authorized by agreement, Hamamatsu Photonics K.K. and Hamamatsu Corporation, and their officers, agents, servants, employees, attorneys, and all other persons acting in concert or participation with them, are hereby permanently enjoined from making, using, offering for sale, selling, or importing products practicing United States Patent No. 8,080,467.

**So Ordered.**

Dated: July 26, 2019

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge